**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-50502
Summary Calendar

GLINDA HOSKINS,

Plaintiff-Appellant,

VERSUS

WASHINGTON COUNTY, TEXAS,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Texas

(A-96-CV-614)

December 5, 1997

Before DUHÉ, DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff Glinda Hoskins, an African-American female, was
employed by the Washington County Sheriff's Department from March
1990 to November 1994. She alleges discrimination based on race
and sex in violation of Title VII of the Civil Rights Act of 1964,
as amended 42 U.S.C. §2000e et seq., and 42 U.S.C. § 1981. The

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court granted Defendant's motion for summary judgment reasoning Plaintiff had failed to exhaust her administrative remedies with respect to the sex discrimination claim and did not produce evidence proving her discharge was racially motivated with respect to the race discrimination claim.

After carefully reviewing the briefs, record excerpts, and relevant portions of the record itself, we find no reversible error.  We affirm essentially for the reasons stated by the district court in its order dated May 22, 1997.